No. 179. DILLARD *v.* PIONEER TITLE INSURANCE & TRUST CO. ET AL.

Decided October 10, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and

the appeal is dismissed for the want of jurisdiction. Section 238, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938); § 266, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938); *Stratton* v. *St. Louis S. W. Ry.*, 282 U. S. 10, 15–16; *U. S. Naturopathic Assn.* v. *Chiropractic League*, 296 U. S. 539, 540. *Mr. Calvin S. Mauk* for appellant. *Mr. Ben Harrison* for appellees.